1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Phyl Grace, Esq., SBN 171771
3  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
6  phylg@potterhandy.com
   Attorneys for Plaintiff JOSE ESTRADA
7

8                  UNITED STATES DISTRICT COURT
9                  CENTRAL DISTRICT OF CALIFORNIA

10 | JOSE ESTRADA,                          ) Case No.: 2:19-CV-08796-RSWL-SK
11 |            Plaintiff,                  ) **NOTICE OF SETTLEMENT**
12 |     v.                                 )
13 | FIESTA III, LLC, a California Limited  )
   | Liability Company; EGG PACIFIC        )
14 | BOULEVARD, INC., a California         )
   | Corporation; and Does 1-10,           )
15 |                                        )
16 |            Defendants.                 )

17

18

19     The plaintiff hereby notifies the court that a global settlement has been reached in
20 the above-captioned case.

21

22

23                                     CENTER FOR DISABILITY ACCESS

24 Dated: February 7, 2020              /s/Phyl Grace
                                        Phyl Grace
25                                      Attorney for Plaintiff

26

27

28

---

Notice of Settlement              -1-              2:19-CV-08796-RSWL-SK