CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
Attorneys for Plaintiff

PATRICK M. MALONEY (SBN:197844)
pmaloney@maloneyfirm.com
CARL I. S. MUELLER (SBN:294909)
cmueller@maloneyfirm.com
THE MALONEY FIRM, APC
2381 Rosecrans Ave., Suite 405
El Segundo, California 90245
Telephone: (310) 540-1505
Facsimile: (310) 540-1507
Attorneys for Defendants Fiesta III, LLC, and Egg Pacific Boulevard, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>     Plaintiff,<br>   v.<br><br>FIESTA III, LLC, a California Limited Liability Company; EGG PACIFIC BOULEVARD, INC., a California Corporation; and Does 1-10,<br><br>     Defendants. | Case: 2:19-CV-08796-RSWL-SK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: February 27, 2020          CENTER FOR DISABILITY ACCESS

By: /s/Phyl Grace
    Phyl Grace
    Attorney for Plaintiff

Dated: February 27, 2020          THE MALONEY FIRM, APC

By: /s/Carl I. S. Mueller
    Carl I. S. Mueller
    Attorney for Defendants
    Fiesta III, LLC, and Egg Pacific
    Boulevard, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Carl I. S. Mueller, counsel for Fiesta III, LLC, and Egg Pacific Boulevard, Inc., and that I have obtained authorization to affix his electronic signatures to this document.

Dated: February 27, 2020         CENTER FOR DISABILITY ACCESS

                                 /s/Phyl Grace
                                 Phyl Grace
                                 Attorney for Plaintiff